IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-235-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAQUANDRA MCALLISTER, | ) | |
| | ) | |
| Defendant. | ) | |

On June 1, 2020, Shaquandra McAllister filed a motion for recommendation for residential reentry center placement [D.E. 374]. The Bureau of Prisons ("BOP") gets to decide whether McAllister will serve her imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If McAllister is not satisfied with the BOP's decision, McAllister may seek judicial review.

In sum, McAllister's motion for recommendation for nine to twelve months residential reentry center placement [D.E. 374] is DENIED without prejudice.

SO ORDERED. This 4 day of August 2020.

JAMES C. DEVER III
United States District Judge