IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-235-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> SHAQUANDRA MCALLISTER, ) <br> ) <br> Defendant. ) | **ORDER** |

On May 29 and June 1, 2020, Shaquandra McAllister ("McAllister" or "defendant") moved for return of property. See [D.E. 373, 389]. On August 28, 2020, the government responded and notified the court that the government did not seize defendant's cellular phone and that the $32,620 in United States currency that was seized, was subject to forfeiture, and previously forfeited. See [D.E. 389]. There is no property to return. See id. The motions [D.E. 372, 373] are DENIED.

SO ORDERED. This 18 day of September 2020.

JAMES C. DEVER III
United States District Judge